**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1328**

———————

DANA EXUM,

Plaintiff - Appellant,

versus

NORMAN E. D'AMOURS, Chairman, National Credit
Union Administration,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-97-1007-A)

———————

Submitted:  October 30, 1998        Decided:  December 14, 1998

———————

Before ERVIN and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Dana Exum, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dana Exum appeals the district court's order granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and the district court's order and find no reversible error. With regard to Exum's claim that she was subjected to disparate treatment because of her race, we find Exum failed to produce evidence that Defendant's legitimate, non-discriminatory reasons for the adverse employment actions were pretextual. See Texas Dep't of Community Affairs v. Burdine, 450 U.S. 248, 252-53 (1981). Moreover, we find the district court's denial of relief on Exum's retaliation claim proper because she failed to show a causal connection between her protected activity and the adverse employment actions. See Ross v. Communications Satellite Corp., 759 F.2d 35, 365 (4th Cir. 1985). Finally, we find meritless Exum's contentions that the district court did not properly determine the scope of adverse employment action and improperly found her documentation to be hearsay.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2